AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

FILED
CLERKS OFFICE

DAVID POIRIER,
    Plaintiff,

V.

STEPHEN C. LIMONE,
    Defendant.

2005 MAR 18 P 12: 20

U.S. DISTRICT COURT
DISTRICT OF MASS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 10276 DPW**

TO: (Name and address of Defendant)

Stephen C. Limone
106 E. Foster Street
Melrose, MA 02176

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James L. Ackerman, Esq.
Stephanie L. Moon, Esq.
WADLAND & ACKERMAN
Two Dundee Park, Suite 304
Andover, MA 01810

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

FEB 17 2005
DATE

(By) DEPUTY CLERK



Middlesex Sheriff's Office • Civil Process Division, P.O. Box 410180, Cambridge, MA 02141-1819 • (617) 547-1171

Middlesex, ss.

March 2, 2005

I hereby certify and return that on 2/22/2005 at 1:00PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL COVER SHEET, JURY DEMAND, AND CATEGORY SHEET in this action in the following manner: To wit, by delivering in hand to PAM ?????????, agent, person in charge at the time of service for STEPHEN C. LIMONE, at LIMONE & ERB, 106 W. FOSTER STREET, MELROSE, MA 02176. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($2.10), Postage and Handling ($1.00), Travel ($4.48) Total Charges $42.58

*Lawrence McMahon*
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
        Date                    Signature of Server

                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.