UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID POIRIER,<br>   Plaintiff,<br><br>v.<br><br>STEPHEN C. LIMONE,<br>   Defendant. | CIVIL ACTION NO. 05-10276DPW |

## LOCAL RULE 16.1(d)(3) CERTIFICATION OF
## PLAINTIFF DAVID POIRIER

It is hereby certified in accordance with Local Rule 16.1(d)(3) that the undersigned have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
David Poirier

_____
James L. Ackerman, BBO # 011650
Stephanie L. Moon, BBO # 652879
Wadland & Ackerman
Two Dundee Park, Suite 304
Andover, MA 01810-3726
(978) 474-8880

Dated: July 7, 2005

## CERTIFICATE OF SERVICE

I, Stephanie L. Moon, hereby certify that a copy of the foregoing document has been served this 7th day of July 2005 by first class mail, postage prepaid, upon:

Patrick T. Voke, Esq.
Adler Pollock & Sheehan P.C.
175 Federal Street
Boston, MA 02110

*Stephanie L. Moon*
Stephanie L. Moon