UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID POIRIER,<br><br>    Plaintiff,<br><br>v.<br><br>STEPHEN C. LIMONE,<br>    Defendant. | CIVIL ACTION NO.<br>05-10276DPW |

### LOCAL RULE 16.1(d)(3) CERTFICATION OF
### DEFENDANT STEPHEN C. LIMONE

It is hereby certified in accordance with Local Rule 16.1(d)(3) that the undersigned have conferred with a view to establishing the budget for costs of conducting the full course and various alternative courses of this litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Stephen C. Limone

_____
Patrick T. Voke, BBO #553033
ADLER POLLOCK & SHEEHAN P.C.
175 Federal St., 10th Floor
Boston, Massachusetts 02110
Tel: (617) 482-0600
Fax: (617) 482-0604

Dated: July 14th, 2005

2

## **CERTIFICATE OF SERVICE**

    I, Patrick T. Voke, hereby certify that a copy of the foregoing document has been served this 14th day of July 2005 by first class mail on all counsel of record.

                                                                      _____
                                                                        Patrick T. Voke

*338795_1.doc*