UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
_____
                                   )
DAVID POIRIER,                     )
              Plaintiff,           )
                                   )   CIVIL ACTION NO. 05-10276DPW
v.                                 )
                                   )
STEPHEN C. LIMONE,                 )
                                   )
              Defendant.           )
_____)
```

## LOCAL RULE 16.1(D) JOINT STATEMENT

Pursuant to Local Rule 16.1(D), plaintiff David Poirier and defendant Stephen C. Limone submit this Joint Statement.

1. Pursuant to Fed.R.Civ.P. 26(f) and Local Rule 16.1(B), undersigned counsel for the parties communicated by telephone conference on June 20 and 30, 2005.

2. **Proposed Discovery Plan and Pretrial Schedule**

    a. Automatic Disclosures shall be made on or before July 14, 2005.

    b. It is expected that the parties will propound interrogatories, submit requests for production of documents, and requests for admissions. The plaintiff proposes serving initial discovery requests on or before July 22, 2005; whereas, the defendant proposes serving them on or before August 17, 2005. Discovery responses shall be completed within thirty days (30) days. Nothing herein shall limit the parties to propound additional discovery requests in the form of interrogatories, requests for documents, admissions and/or other discovery requests as provided under the applicable Federal Court Rules of Civil Procedure.

    c. Depositions may start on 7/18/05.

        Plaintiff does not expect the parties to need more than the permitted five depositions each. Plaintiff is entitled to have the same number of depositions that the defendant is permitted to have.

          Defendant would prefer to have the option of taking more than five depositions should there be more witnesses that are identified during the course of discovery.

d.     All motions under Rule 13, 14 and 15 to be filed by August 1, 2005.

e.     Case Management Conference held on September 8, 2005 to explore settlement and any changes to the discovery plan.

f.     Plaintiff proposes that all fact discovery be completed by October 7, 2005. Defendant proposes that it be completed by January 7, 2006.

g.     Due dates for reports from retained experts under Fed.R.Civ.P. 26(a)(2):

          Plaintiff proposes that plaintiff's expert reports be due on November 7, 2005 and defendant's expert reports be due on November 21, 2005.

          Defendant proposes that plaintiff's expert reports be due on February 7, 2006 and defendant's expert reports be due on March 7, 2006.

h.     Plaintiff proposes that expert depositions be completed by December 31, 2005 and all discovery to end on that date. Defendant proposes that expert depositions be completed by April 7, 2006 and all discovery to end on that date.

i.     Plaintiff proposes that all potentially dispositive motions be filed by January 15, 2005. Defendant proposes they be filed by May 7, 2006.

3.     The parties will not consent to a trial by magistrate judge.

STEPHEN C. LIMONE,
By His Attorney,

_____
Patrick T. Voke, Esq. BBO #
Adler Pollock & Sheehan P.C.
175 Federal Street
Boston, MA 02110

Dated: July 5, 2005

DAVID POIRIER
By His Attorneys,

/s/ Stephanie L. Moon
James L. Ackerman, BBO # 011650
Stephanie L. Moon, BBO # 652879
Wadland & Ackerman
Two Dundee Park, Suite 304
Andover, MA 01810
(978) 474-8880