UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DAVID POIRIER, | ) | |
| Plaintiff, | ) | |
|  | ) | CIVIL ACTION NO. 05-10276DPW |
| v. | ) | |
|  | ) | |
| STEPHEN C. LIMONE, | ) | |
|  | ) | |
| Defendant. | ) | |

**PLAINTIFF DAVID POIRIER'S
MOTION TO EXTEND SCHEDULED
DEADLINES BY 30 DAYS**

The plaintiff, David Poirier ("Mr. Poirier") respectfully requests that this Court extend scheduled deadlines by 30 days. The revised deadlines requested are as follows:

| | |
|---|---|
| Fact Discovery | enlarged from October 7, 2005 to November 7, 2005; |
| Expert Discovery | enlarged from December 31, 2005 to January 30, 2005; |
| Plaintiff's Expert Report | extended from November 7, 2005 to December 7, 2005; |
| Defendant's Expert Report | extended from November 21, 2005 to December 21, 2005; |
| Dispositive Motions | extended from January 15, 2006 to February 14, 2005. |

As grounds for this motion, Mr. Poirier states that paper discovery and depositions have been proceeding. Since many of the deponents are non-parties, both sides have made reasonable accommodation for them. The extension request is primarily the result of difficulties in the taking of the defendant's deposition.

When Mr. Poirier initially sought to notice the defendant's deposition for early September, he was advised that the defendant would not be available for a deposition until September 29, 2005. See letters to defendant's counsel attached as Exhibits A and B. Rather than involve the Court, Mr. Poirier accorded professional courtesy to the defendant and his counsel and agreed to take Attorney Limone's deposition on September 29th. Although that date left no effective time to depose any fact witness first identified through defendant's deposition, Mr. Poirier was hopeful that no such witness would be identified or that a very short extension of the scheduled deadlines would be required.

On September 27, 2005 Attorney Limone announced that he is not available for his deposition on September 29th due to a work-related scheduling conflict and he has offered October 13, 2005 as the earliest date that he would be available. He has also told Mr. Poirier that he will not join in a request to extend scheduled deadlines unless the extension is for 75 days. See emails attached as Exhibits C and D.

WHEREFORE, Mr. Poirier respectfully requests that this Court extend all scheduled deadlines by one month.

|  |  |
|---|---|
|  | Respectfully submitted,<br>DAVID POIRIER,<br>By his attorneys,<br><br>/s/ James L. Ackerman<br>James L. Ackerman, BBO # 011650<br>Stephanie L. Moon, BBO # 652879<br>WADLAND & ACKERMAN<br>Two Dundee Park, Suite 304<br>Andover, MA 01810-3726 |
| Dated: September 30, 2005 | (978) 474-8880 |

CERTIFICATE OF SERVICE

    I, Stephanie L. Moon, hereby certify that a copy of the foregoing document has been served this 30th day of September 2005 by first class mail upon:

Patrick T. Voke, Esq.
Adler Pollock & Sheehan P.C.
175 Federal Street
Boston, MA 02110

                                                  /s/ Stephanie L. Moon
                                                  Stephanie L. Moon

## WADLAND & ACKERMAN

Counselors At Law
Two Dundee Park, Suite 304
Andover, Massachusetts 01810-3726
978-474-8880•Fax 978-474-8881

Boston  Stephanie L. Moon
(617) 557-6050  smoon@wadacklaw.com

August 12, 2005

<u>By Facsimile and First Class Mail</u>

Patrick T. Voke, Esq.
Adler Pollock & Sheehan P.C.
175 Federal Street
Boston, MA 02110

      Re:    Poirier v. Limone
               U.S.D.C. for the District of MA
               Case No. 05-10276DPW
               Your File No. 203655/00

Dear Patrick:

    We would like to conduct Mr. Limone's deposition as soon as reasonably possible after we receive his responses to Mr. Poirier's discovery requests. Would you provide us with dates that Mr. Limone and you have available in early September.

    Thank you for your attention to this matter.

                                                                     Very truly yours,

                                                                       Stephanie L. Moon

# WADLAND & ACKERMAN

Counselors At Law
Two Dundee Park, Suite 304
Andover, Massachusetts 01810-3726
978-474-8880•Fax 978-474-8881

Boston                                                                                                            James L. Ackerman
(617) 557-6050                                                                            Jackerman@wadacklaw.com

August 29, 2005

**Via Facsimile and First Class Mail**

Patrick T. Voke, Esq.
Adler Pollock & Sheehan P.C.
175 Federal Street
Boston, MA 02110

      Re:    Poirier v. Limone
               U.S.D.C. for the District of MA
               Case No. 05-10276DPW
               Your File No. 203655/00

Dear Patrick:

      Given your position on the availability of Mr. Limone, we propose to take depositions as follows:

               Empire/Zurich on September 15, 2005 at 10:00 a.m.;
               Ercole Buzzanga on September 21, 2005 at 10:00 a.m.;
               Alfonsina Minchella on September 27, 2005 at 3:00 p.m.; and
               Stephen Limone on September 29, 2005 at 10:00 a.m.

      Because September 29th is the earliest that Mr. Limone is available and fact discovery closes on October 7th, we are willing to join with you to ask the Court to extend fact discovery for another three weeks or so. We will speak with you later this week to get a schedule that the lawyers can keep and, hopefully, the deponents can keep.

                                                           Very truly yours,

                                                           /s/ James L. Ackerman

                                                           James L. Ackerman

/slm

Case 1:05-cv-10276-DPW     Document 9-3     Filed 09/30/2005     Page 2 of 2

| | |
|---|---|
| From: | Voke, Patrick [Pvoke@apslaw.com] |
| Sent: | Monday, September 26, 2005 4:00 PM |
| To: | Stephanie Moon |
| Subject: | RE: Poirier |

To the extent you wish to extend the tracking order deadlines, I will agree if the extension for all deadlines is 75 days - not 30 days. I remind you that it was your office which insisted, over my objection, that the discovery period be limited to October 7th. Also, if Alfonsina Minchella's deposition is going to be delayed as you indicated, I suggest that it go forward on a different day. I have taken off Willliam Martin's deposition for September 28th.

1. -----Original Message-----
**From:** Stephanie Moon [mailto:smoon@wadacklaw.com]
**Sent:** Monday, September 26, 2005 11:04 AM
**To:** Voke, Patrick
**Subject:** Poirier

Patrick,

At Jim's request, I am forwarding a draft copy of the Joint Motion to Extend Scheduled Deadlines, for any revisions you may have.

Thank you.

Stephanie L. Moon, Esq.

Wadland & Ackerman

Two Dundee Park, Suite 304

Andover, MA 01810-3726

Tel. 978-474-8880

Fax 978-474-8881

| | |
|---|---|
| From: | Voke, Patrick [Pvoke@apslaw.com] |
| Sent: | Tuesday, September 27, 2005 12:16 PM |
| To: | Stephanie Moon |

Subject: RE: Poirier

Stephanie - I am advised by Steve Limone that he will not be available for a deposition on Thursday the 29th due to a work related scheduling conflict. He and I are available for his deposition on October 13th, 17th, 27th or 28th. Please let me know if any of these dates are workable for you.

1. -----Original Message-----
**From:** Stephanie Moon [mailto:smoon@wadacklaw.com]
**Sent:** Monday, September 26, 2005 11:04 AM
**To:** Voke, Patrick
**Subject:** Poirier

Patrick,

At Jim's request, I am forwarding a draft copy of the Joint Motion to Extend Scheduled Deadlines, for any revisions you may have.

Thank you.

Stephanie L. Moon, Esq.
Wadland & Ackerman

Two Dundee Park, Suite 304

Andover, MA 01810-3726

Tel. 978-474-8880

Fax 978-474-8881

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID POIRIER,<br>    Plaintiff,<br>v.<br>STEPHEN C. LIMONE,<br>    Defendant. | )<br>)<br>)<br>) CIVIL ACTION NO. 05-10276DPW<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF COMPLIANCE,
PURSUANT TO L.R. 7.1(a)(2)**

I, Stephanie L. Moon, hereby certify that, as the email exchanges attached as Exhibits C and D to Plaintiff's Motion show, I have conferred and have attempted in good faith to resolve or narrow the issue before filing the Plaintiff's Motion to Extend Scheduled Deadlines by 30 Days.

            /s/ Stephanie L. Moon
            Stephanie L. Moon

Dated: 9/30/05