UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID POIRIER,<br>    Plaintiff,<br><br>v.<br><br>STEPHEN C. LIMONE,<br><br>    Defendant. | CIVIL ACTION NO. 05-10276DPW |

**CERTIFICATE OF COMPLIANCE,**
**PURSUANT TO L.R. 7.1(a)(2)**

  I, Stephanie L. Moon, hereby certify that, as the email exchanges attached as Exhibits C and D to Plaintiff's Motion show, I have conferred and have attempted in good faith to resolve or narrow the issue before filing the Plaintiff's Motion to Extend Scheduled Deadlines by 30 Days.

              /s/ Stephanie L. Moon
              Stephanie L. Moon

Dated: 9/30/05