UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID POIRIER,<br>               Plaintiff,<br>v.<br>STEPHEN C. LIMONE,<br>               Defendant. | CIVIL ACTION NO. 05-10276DPW |

**JOINT MOTION TO EXTEND SCHEDULED
DEADLINES BY 45 DAYS**

The parties respectfully request that this Court extend scheduled deadlines by 45 days. The revised deadlines requested are as follows:

| | |
|---|---|
| Fact Discovery | enlarged from October 7, 2005 to November 21, 2005; |
| Expert Discovery | enlarged from December 31, 2005 to February 14, 2006; |
| Plaintiff's Expert Report | extended from November 7, 2005 to December 22, 2005; |
| Defendant's Expert Report | extended from November 21, 2005 to January 5, 2006; |
| Dispositive Motions | extended from January 15, 2006 to March 1, 2006. |

As grounds for this motion, the parties state that paper discovery and depositions have been proceeding in a cooperative manner. However, the parties need additional time to complete depositions of fact witnesses. Since many of the deponents are non-parties, both sides have made reasonable accommodation for them. Also, it has been necessary, due to the defendant's work

schedule, for the plaintiff to reschedule the defendant's deposition to a date in October. The additional time beyond the defendant's deposition will permit the plaintiff to depose any witnesses that are first discovered at the defendant's deposition.

WHEREFORE, the parties respectfully request that this Court extend all scheduled deadlines by 45 days.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| STEPHEN C. LIMONE | DAVID POIRIER, |
| By his attorneys, | By his attorneys, |
| /s/ Patrick T. Voke | /s/ James L. Ackerman |
| Patrick T. Voke, BBO #553033 | James L. Ackerman, BBO # 011650 |
| ADLER POLLOCK & SHEEHAN P.C. | Stephanie L. Moon, BBO # 652879 |
| 175 Federal St., 10th Fl. | WADLAND & ACKERMAN |
| Boston, MA 02110 | Two Dundee Park, Suite 304 |
| Tel: (617)482-0600 | Andover, MA 01810-3726 |
| Fax: (617)4820604 | Tel: (978) 474-8880 |
| | Fax: (978) 474-8881 |
| Dated: October 5, 2005 | |

CERTIFICATE OF SERVICE

I, Stephanie L. Moon, hereby certify that a copy of the foregoing document has been served this 5th day of October 2005 by first class mail upon:

Patrick T. Voke, Esq.
Adler Pollock & Sheehan P.C.
175 Federal Street
Boston, MA 02110

/s/ Stephanie L. Moon
Stephanie L. Moon