UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID POIRIER, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>STEPHEN C. LIMONE, )<br>)<br>    Defendant. ) | CIVIL ACTION NO. 05-10276DPW |

AGREED UPON MOTION TO EXTEND
DEADLINES FOR EXPERT REPORTS
AND EXPERT DISCOVERY

  Plaintiff David Poirier ("Mr. Poirier") and defendant Stephen C. Limone ("Limone") respectfully request that this Court extend scheduled deadlines for expert reports and expert discovery. The revised deadlines requested are as follows:

  Plaintiff's Expert Report  extended from December 22, 2005 to February 14, 2006;

  Defendant's Expert Report  extended from January 5, 2006 to March 14, 2006;

  Expert Discovery  extended from February 14, 2006 to April 14, 2006.

  As cause for the request the parties state that they need additional time to handle litigation tasks and complete discovery directed to experts.

  WHEREFORE, David Poirier and Stephen C. Limone respectfully request that this Court enter this agreement as the amended scheduling order for expert reports and expert discovery.

|  |  |
|---|---|
|  | Respectfully submitted,<br>DAVID POIRIER,<br>By his attorneys,<br><br>   /s/ James L. Ackerman<br>James L. Ackerman, BBO # 011650<br>Stephanie L. Moon, BBO # 652879<br>WADLAND & ACKERMAN<br>Two Dundee Park, Suite 304<br>Andover, MA 01810-3726 |
| Dated: December 21, 2005 | (978) 474-8880 |

Agreed to:


   /s/ Patrick T. Voke
Patrick T. Voke, Esq., BBO #553033
Adler Pollock & Sheehan P.C.
175 Federal Street
Boston, MA 02110


## CERTIFICATE OF SERVICE

I, Stephanie L. Moon, hereby certify that a copy of the foregoing document has been served this 21st day of December 2005 by first class mail upon:

Patrick T. Voke, Esq.
Adler Pollock & Sheehan P.C.
175 Federal Street
Boston, MA 02110

   /s/ Stephanie L. Moon
Stephanie L. Moon