UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID POIRIER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STEPHEN C. LIMONE,<br>　　　　Defendant. | CIVIL ACTION NO.<br>05-10276DPW |

**JOINT MOTION TO AMEND PRE-TRIAL DEADLINES**

The parties hereby jointly move to extend the current pre-trial deadlines in this case to the following dates:

|  |  |
|---|---|
| May 14, 2006 - | Defendant's Expert Report |
| June 14, 2006 - | Completion of Expert Discovery |
| July 3, 2006 - | Dispositive Motions Due |
| July 18, 2006 - | Status Report Due |
| August 1, 2006 - | Further Scheduling/Status Conference |

As grounds for their motion, the parties state that they engaged in a full day of mediation on this case on March 23, 2006 with Attorney John Ryan as mediator. Despite the strong efforts of all parties, the case remains unsettled at this time. As a consequence of the good faith efforts by the parties in preparation for the mediation and at the mediation itself, and follow-up efforts by the mediator to continue a settlement dialogue with the parties, the parties require some additional time to complete pre-trial activities, including expert disclosure and depositions. While the parties remain hopeful that this case can be resolved short of trial, additional time

nevertheless is needed to properly prepare this case for trial. The Court's consideration in this matter is greatly appreciated by the parties.

|  |  |
|---|---|
|  | Respectfully submitted, |
| The plaintiff,<br>David Poirier,<br>by his attorneys, | The defendant,<br>Stephen C. Limone<br>by his attorneys. |
| WADLAND & ACKERMAN | ADLER POLLOCK & SHEEHAN P.C. |
| _/s/ James L. Ackerman_<br>James L. Ackerman, BBO #011650<br>Stephanie L. Moon, BBO #652879<br>Two Dundee Park<br>Andover, MA 01810<br>(978) 474-8880<br>jackerman@wadacklaw.com | _/s/ Patrick T. Voke_<br>Patrick T. Voke, BBO #553033<br>175 Federal Street, 10th Floor<br>Boston, MA 02110<br>(617-482-0600<br>pvoke@apslaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 20, 2006.

_/s/ Patrick T. Voke_
Patrick T. Voke

378724_1