UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID POIRIER,<br>    Plaintiff,<br>v.<br>STEPHEN C. LIMONE,<br>    Defendant. | CIVIL ACTION NO. 05-10276DPW |

## LOCAL RULE 16.1(D) JOINT STATEMENT

Pursuant to Local Rule 16.1(d), plaintiff David Poirier ("Poirier") and defendant Stephen C. Limone ("Limone") submit this Joint Statement.

(1) The parties have completed fact discovery and Poirier has served his expert report upon Limone. The parties unsuccessfully mediated their dispute on March 23, 2006. As a consequence of the parties' good faith efforts to settle their dispute, they have required additional time to accomplish pre-trial activities, such as expert disclosure and discovery. The parties have filed a Joint Motion to Amend Pre-Trial Deadlines, which the Court has scheduled for hearing at the Status Conference on May 25, 2006. The proposed schedule provides specified dates for defendant's expert report, expert discovery, dispositive motions and a further status conference.[1]

---

[1] Subsequent to filing the Joint Motion to Amend Pre-Trial Deadlines, the parties agreed to renew the mediation on June 1, 2006. Therefore, the proposed pre-trial schedule may have to be further amended to modestly extend the deadlines for defendant's expert disclosure and completion of expert discovery. Please see paragraph 3, infra.

(2) Poirier has dismissed, without prejudice, a related case pending in this Court, captioned <u>David Poirier v. Ercole Buzzanga</u>, Civil Action No. 05-CA-12591-DPW, as the result of an agreement that he reached with defendant Ercole Buzzanga ("Buzzanga"). The agreement will discharge Poirier from his obligations under a promissory note that defendant Buzzanga holds. The agreement also absolutely assigns to Poirier the legal malpractice claim that Buzzanga has against Limone.

(3) At the initiative of the mediator, Limone and Poirier have agreed to re-mediate their dispute on June 1, 2006. Although Poirier's assigned claim is not asserted in this action, the renewed mediation will have as its goal resolution of all claims, including the assigned claim.

(4) The parties will not consent to a trial by magistrate judge.

(5) Poirier and his counsel have certified that they have complied with the requirements of Local Rule 16.1(d)(3). Please see attached Certification, dated July 7, 2005.

| | |
|---|---|
| STEPHEN C. LIMONE,<br>By His Attorney, | DAVID POIRIER<br>By His Attorneys, |
| /s/ Patrick T. Voke<br>Patrick T. Voke, Esq.  BBO # 553033<br>Adler Pollock & Sheehan P.C.<br>175 Federal Street<br>Boston, MA 02110<br><br>Dated: May 17, 2006 | /s/ Stephanie L. Moon<br>James L. Ackerman, BBO # 011650<br>Stephanie L. Moon, BBO # 652879<br>Wadland & Ackerman<br>Two Dundee Park, Suite 304<br>Andover, MA  01810<br>(978) 474-8880 |

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID POIRIER,<br><br>      Plaintiff,<br><br>v.<br><br>STEPHEN C. LIMONE,<br><br>      Defendant. | CIVIL ACTION NO. 05-10276DPW |

## LOCAL RULE 16.1(d)(3) CERTIFICATION OF
## PLAINTIFF DAVID POIRIER

It is hereby certified in accordance with Local Rule 16.1(d)(3) that the undersigned have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
David Poirier

_____
James L. Ackerman, BBO # 011650
Stephanie L. Moon, BBO # 652879
Wadland & Ackerman
Two Dundee Park, Suite 304
Andover, MA 01810-3726
(978) 474-8880

Dated: July 7, 2005

## CERTIFICATE OF SERVICE

      I, Stephanie L. Moon, hereby certify that a copy of the foregoing document has been served this 7th day of July 2005 by first class mail, postage prepaid, upon:

Patrick T. Voke, Esq.
Adler Pollock & Sheehan P.C.
175 Federal Street
Boston, MA 02110

                                            /s/ Stephanie L. Moon
                                            Stephanie L. Moon