UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID POIRIER,<br>            Plaintiff,<br><br>v.<br><br>STEPHEN C. LIMONE,<br><br>            Defendant. | CIVIL ACTION NO. 05-10276DPW |

**PLAINTIFF DAVID POIRIER'S MOTION TO
DISMISS, PURSUANT TO MASS. R. CIV. P 41(a)(2),
WITH PREJUDICE AND WITHOUT COSTS**

Plaintiff David Poirier ("Mr. Poirier") respectfully requests that this Court enter an order dismissing the above-captioned matter with prejudice and without costs. As reasons therefor, Mr. Poirier states that the parties have settled their dispute and all claims have been released.

WHEREFORE, Mr. Poirier respectfully requests that the Court dismiss this action with prejudice and without costs.


Certificate of Compliance Pursuant to L.R. 7.1(a)(2)

I have conferred and have attempted in good faith to resolve or narrow the issue.


   /s/ Stephanie L. Moon
Stephanie L. Moon

Respectfully submitted,<br>
DAVID POIRIER,<br>
By his attorneys,

/s/ Stephanie L. Moon
James L. Ackerman, BBO # 011650
Stephanie L. Moon, BBO # 652879
WADLAND & ACKERMAN
Two Dundee Park, Suite 304
Andover, MA 01810-3726

Dated: August 16, 2006        (978) 474-8880

## Certificate of Service

I hereby certify that this document filed through the ECT system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on August 16, 2006.

/s/ Stephanie L. Moon
Stephanie L. Moon