UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

DAVID POIRER,
    Plaintiff,

    v.                               CIVIL ACTION
                                    NO.05-10276-DPW

STEPHEN C. LIMONE,
    Defendant.

## ORDER OF DISMISSAL

WOODLOCK, District Judge

    In accordance with this Court's allowance of Plaintiff's motion to dismiss on September 11, 2006, is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                          BY THE COURT,

                                          /s/ Michelle Rynne
                                          Deputy Clerk

DATED:  September 11, 2006